ORIGINAL

RECEIVED
AUG 28 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims
Cover Sheet

Plaintiff(s) or Petitioner(s)

Northern Colorado Water Conservancy District, a quasi–municipal entity and political subdivision of the State of Colorado

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Bennett W. Raley
Robert V. Trout – of counsel
Peggy E. Montaño – of counsel

Firm Name: Trout, Raley, Montano, Witwer & Freeman, P.C.

07-637 C

Post Office Box:
Street Address: 1120 Lincoln Street, Suite 1600
City-State-Zip: Denver, CO 80203
Telephone & Facsimile Numbers: (303) 861-1963 (303) 832-4465 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? X Yes ____ No

Does the attorney of record have a Court of Federal Claims ECF account? ____ Yes X No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 3 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ____________

Agency Identification Code: D O I
See attached sheet for three-digit codes.

Amount Claimed: $ in excess of $100,000.00
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ____ Yes X No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ Not applicable
Is plaintiff a small business? ____ Yes X No

Vaccine Case:
Date of Vaccination: Not applicable

Related Cases:
Is this case directly related to any pending or previous case? ____ Yes X No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2