IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, a quasi-municipal entity and political subdivision of the State of Colorado, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-637C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Bryant G. Snee, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Bryant G. Snee
Deputy Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7300
Fax: (202) 514-8624
E-mail:Bryant.Snee@usdoj.gov

Attention: Classification Unit
8th Floor

s/Bryant G. Snee
Bryant G. Snee
Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: October 9, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 9th day of October, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Bryant G. Snee