IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, a quasi-municipal entity and political subdivision of the State of Colorado, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-637C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 46 days to file our response to the complaint filed in this matter. Plaintiff's counsel has indicated that plaintiff does not oppose our request for a 46-day enlargement of time.

Plaintiff filed its Complaint on August 28, 2007 and, according to the Court's CM/ECF system, the defendant's response or answer is currently due on October 29, 2007. Thus, the requested 46-day enlargement would extend the defendant's filing date to December 14, 2007.

The requested enlargement is necessary to provide additional time for the agency to complete and forward to defendant's counsel a litigation report, pursuant to 28 U.S.C. § 520, addressing the substance of plaintiff's complaint. Agency counsel and program personnel have been preparing that report but need additional time to complete their efforts. Consequently, defendant's counsel is currently unable to familiarize himself with this matter sufficiently to prepare the Government's response.

Additionally, defendant's counsel will be out of the office on leave during at least a portion of the week November 19 to 23 and will be unable to work upon a response to the complaint during that period.

This requested enlargement of time should provide sufficient time for: (1) agency personnel to complete and forward the litigation report and draft response to the complaint; (2) defendant's counsel to familiarize himself with the merits of the case; and (3) defendant to file an appropriate response or answer.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 46-day enlargement of time and extend the filing date for defendant's response or answer until December 14, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0315
Fax: (202) 514-8624

OF COUNSEL:
John C. Chaffin
Attorney-Advisor
Department of Interior

October 24, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 24, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee
BRYANT G. SNEE