IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-637

(Filed: October 25, 2007)

NORTHERN COLORADO WATER CONSERVANCY DISTRICT, a quasi-municipal entity and political subdivision of the State of Colorado,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for an Enlargement of Time, filed October 25, 2007, requesting a 46-day extension to file its response to plaintiff's complaint. The government requests that the court extend its filing deadline from October 29, 2007 to December 14, 2007.

For good cause shown, the government's motion is GRANTED. The government shall file its answer or other responsive pleading on or before December 14, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge