IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, a quasi-municipal entity and political subdivision of the State of Colorado, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-637C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**<u>FOR AN ENLARGEMENT OF TIME</u>**

Defendant respectfully requests an enlargement of time of seven days to file our response to the complaint filed in this matter. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

Our response to the complaint is due this Friday, December 14. This is our second motion for an enlargement of time, as the court previously granted a request for a 46-day enlargement to permit the agency to complete, and forward to defendant's counsel, the agency's litigation report. The agency has accomplished that task and defendant's counsel has begun drafting defendant's answer to the complaint. However, on December 7, defendant's counsel fell ill and remains on sick leave as of the filing of this motion. He anticipates that he may be out of work for one, or more, additional days. Even in the event that defendant's counsel should be able to return work and complete the answer before Friday, December 7, he requires a few additional days to obtain supervisory review and to complete final coordination with agency counsel.

This requested enlargement of time should provide sufficient time for counsel to recover from his illness, complete the answer to the complaint, obtain supervisory review, and to complete any necessary coordination with agency counsel. Defendant's counsel apologizes to the Court for any inconvenience caused by the late filing of this motion, but counsel's illness was, obviously, unplanned and counsel filed this motion immediately upon realizing that he could not reasonably meet the December 14th deadline.

For these reasons, defendant respectfully requests that the Court grant its motion for a seven day enlargement of time and extend the filing date for defendant's response or answer until December 21, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0315
Fax: (202) 514-8624

OF COUNSEL:
John C. Chaffin
Attorney-Advisor
Department of Interior

December 10, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 10, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee
BRYANT G. SNEE