IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-637

(Filed: December 13, 2007)

NORTHERN COLORADO WATER CONSERVANCY DISTRICT, a quasi-municipal entity and political subdivision of the State of Colorado,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for an Enlargement of Time, filed December 10, 2007, requesting an extension of seven days to file its response to plaintiff's complaint. Defendant requests that the court extend its filing deadline from December 14, 2007 to December 21, 2007.

For good cause shown, the government's motion is GRANTED. The government shall file its answer or other responsive pleading on or before December 21, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge