IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-637

(Filed: February 12, 2008)

NORTHERN COLORADO WATER CONSERVANCY DISTRICT, a quasi-municipal entity and political subdivision of the State of Colorado,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court is the parties' Joint Preliminary Status Report (JPSR), filed February 11, 2008. The JPSR proposes a schedule for further proceedings in this matter.

The court acknowledges the JPSR and adopts the schedule submitted by the parties:

| Event | Date |
| --- | --- |
| Early disclosures (Rule 26(a)(1)) | March 14, 2008 |
| Plaintiff's motion for summary judgment | June 20, 2008 |
| Defendant's response and cross-motion for summary judgment | August 22, 2008 |
| Plaintiff's reply and response | September 19, 2008 |
| Defendant's reply | October 17, 2008 |
| Oral Argument | October 23, 2008, commencing at 10:00 a.m. at the National Courts Building in Washington, D.C. |

It is so ORDERED.

s/ Charles F. Lettow
Judge