# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NORTHERN COLORADO WATER CONSERVANCY DISTRICT, a quasi-municipal entity and political subdivision of the State of Colorado

Plaintiff

v.

No. 07-637C
(Judge Lettow)

UNITED STATES OF AMERICA;
DIRK KEMPTHORNE, Secretary of Interior;
ROBERT W. JOHNSON, Commissioner Bureau of Reclamation; and BUREAU OF RECLAMATION

Defendant

## JOINT MOTION TO EXTEND DEADLINES

Northern Colorado Water Conservancy District and the United States of America hereby move the court for an Order granting a 60 day extension of each of the remaining case deadlines outlined in the Court's Scheduling Order dated 2/12/08.

As grounds therefore, the Parties state that:

1. The Parties are fully cooperating in an informal discovery process. Although the United States has been diligent in its review of the records required to respond to the informal discovery requests of the Northern District, this review has taken more time than expected;

2. Pursuant to RCFC 6.1 the parties have conferred with each other regarding the time extension and are filing this motion jointly. Counsel have concluded that a 60 day extension of time would be appropriate. Counsel for the United States has

authorized Counsel for the Northern District to file this Joint Motion on its behalf;

3. The deadlines set forth in the Scheduling Order have not previously been extended;

4. If this Motion is granted, the following deadlines set forth in the Scheduling Order will be modified as follows:

   a. Plaintiff's motion for summary judgment is now due August 19, 2008;

   b. Defendant's response and cross-motion for summary judgment is now due October 21, 2008;

   c. Plaintiff's reply and response is now due November 18, 2008;

   d. Defendant's reply is now due December 16, 2008; and

   e. Oral argument shall be held at the Court's convenience.

Respectfully submitted,

TROUT, RALEY, MONTAÑO,
WITWER & FREEMAN, P.C.

By: ______________________
Bennett W. Raley
Robert V. Trout
Peggy E. Montaño
1120 Lincoln Street
Suite 1600
Denver, Colorado 80203
Telephone: (303) 861-1963

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L. Street
Washington, D.C. 20530
Telephone: (202) 616-0315
Fax: (202) 514-8624

Of Counsel:
JOHN CHAFFIN
ROD SMITH
Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on June 20, 2008, a copy of the foregoing JOINT MOTION TO EXTEND DEADLINES was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

______________________________