IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-637

(Filed: June 26, 2008)

NORTHERN COLORADO WATER CONSERVANCY DISTRICT, a quasi-municipal entity and political subdivision of the State of Colorado,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court is the parties' Joint Motion to Extend Deadlines, filed June 20, 2008.

Good cause having been shown, the joint motion is GRANTED IN PART. The court adopts the schedule proposed by the parties, with slight modifications:

| Event | Date | Date |
|---|---|---|
| Plaintiff's motion for summary judgment | June 20, 2008 | August 19, 2008 |
| Defendant's response and cross-motion for summary judgment | August 22, 2008 | October 21, 2008 |
| Plaintiff's reply and response | September 19, 2008 | November 18, 2008 |
| Defendant's reply | October 17, 2008 | December 9, 2008 |
| Oral Argument | October 23, 2008, commencing at 10:00 a.m. at the National Courts Building in Washington, D.C. | December 16, 2008, commencing at 10:00 a.m. at the National Courts Building in Washington, D.C. |

It is so ORDERED.

s/ Charles F. Lettow
Judge