# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, a quasi-municipal entity and political subdivision of the State of Colorado,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-637C<br>(Judge Lettow) |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff, Northern Colorado Water Conservancy District, respectfully requests an enlargement of time of 30 days to file Plaintiff's Motion for Summary Judgment. Defendant's counsel has stated that Defendant does not oppose this request for a 30 day enlargement of time.

As grounds for this request Plaintiff states:

1. Plaintiff's Motion for Summary Judgment is currently due on August 19, 2008, as set forth in the June 26, 2008 Scheduling Order. A 30 day enlargement of time would extend Plaintiff's filing deadline to September 18, 2008. This deadline was previously enlarged one time for a period of 60 days pursuant to the Joint Motion to Extend Deadlines, which requested an enlargement of all case deadlines outlined in the Court's Scheduling Order dated February 12, 2008.

2. Pursuant to FRCP 6.1 the parties have conferred regarding this enlargement of time and Defendant is not opposed to the filing of this motion.

3. The requested enlargement of time is necessary because both parties have recently identified additional documents that must be disclosed to the other party. Plaintiff has not yet seen the additional documents that the United States has identified, and therefore cannot finalize its Motion for Summary Judgment or reach agreement with the United States regarding any stipulated facts. The parties are fully cooperating on informal discovery and determination of stipulated facts.

4. Moreover, a 30 day extension is necessary because both parties' counsel is out of the office for some portion of the next 30 days, thereby limiting the actual time to confer.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant its unopposed motion for a 30 day enlargement of time and extend the filing deadline for Plaintiff's Motion for Summary Judgment until September 18, 2008.

Respectfully submitted,

TROUT, RALEY, MONTAÑO,
WITWER & FREEMAN, P.C.

By: [signature]

Bennett W. Raley
Robert V. Trout
Peggy E. Montaño
1120 Lincoln Street
Suite 1600
Denver, Colorado 80203

Telephone: (303) 861-1963

**CERTIFICATE OF FILING**

I hereby certify that on August 13, 2008, a copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.