IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-637C

(Filed: August 15, 2008)

NORTHERN COLORADO WATER CONSERVANCY DISTRICT, a quasi-municipal entity and political subdivision of the State of Colorado,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is the plaintiff's unopposed motion for an enlargement of time of thirty days within which to file a motion for summary judgment.

Good cause having been shown, the motion is GRANTED. Plaintiff's motion shall be due September 18, 2008. The court also adjusts the dates for subsequent filings and oral argument as follows:

| Event | Previous Date | New Date |
| --- | --- | --- |
| Plaintiff's motion for summary judgment | August 19, 2008 | September 18, 2008 |
| Defendant's response and cross-motion for summary judgment | October 21, 2008 | November 20, 2008 |
| Plaintiff's reply and response | November 18, 2008 | December 18, 2008 |
| Defendant's reply | December 9, 2008 | January 8, 2009 |
| Oral Argument | December 16, 2008, commencing at 10:00 a.m. at the National Courts Building in Washington, D.C. | January 28, 2009, commencing at 10:00 a.m. at the National Courts Building in Washington, D.C. |

It is so ORDERED.

s/ Charles F. Lettow
Judge